McGREGOR W. SCOTT
United States Attorney
SEAN C. FLYNN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2771

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 ) MAG. S 07-0098-DAD
            Plaintiff,           )
                                 )
      v.                         ) MOTION TO DISMISS COMPLAINT
                                 ) AND ORDER THEREON
JENNY McLEOD,                    )
                                 )
            Defendant.           )
_____)

On April 2, 2007, a complaint was filed against the above-referenced defendant charging her with international parental kidnapping, in violation of 18 U.S.C. § 1204(a).  The defendant has continued to reside in Canada since that date.  On or about May 20, 2007, the United States became aware that the minor children at issue in this action have been returned to the lawful custodial parent, within the Eastern District of California.  In light of these changed circumstances, and in the interests of justice, the United States of America, by and through its undersigned attorney, hereby requests that this Honorable Court dismiss the aforementioned complaint pursuant to Rule 48 of the Federal Rules of Criminal Procedure.  The defendant was never
////
////

1

placed into the custody of this Court.

DATED:  May 25, 2007

                                      McGREGOR W. SCOTT
                                      United States Attorney

                                By   /s/ Sean C. Flynn
                                    SEAN C. FLYNN
                                    Assistant U.S. Attorney

                            O R D E R

APPROVED AND SO ORDERED:

DATED:5/30/07                 /s/ Gregory G. Hollows
                                U.S. MAGISTRATE JUDGE

mcleod.ord